Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-filing

WILLIAM E. GUSTASHAW, JR., on his own behalf and on behalf of all others similarly situated )
)
)
)
)
Plaintiff )
v. )   Civil Action No.   CV 08 3479
BAYERISCHE HYPO-UND VEREINSBANK )
AG, a corporation; et al. (see Attachment A for all )
Defendants) )
)
Defendant )

RMW

HRL

**Summons in a Civil Action**

To: BAYERISCHE HYPO-UND VEREINSBANK AG

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William M. Lukens, Esq.
Jennifer L. Jonak, Esq.
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Tel: 415-433-3000
Fax: 415-781-1034

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 18 2008

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*