1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Plaintiff

6

GRANTED

Judge James Ware

7/28/2008

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  NEAL M. DOUGLAS and CHRISTINE R.          Case No.  C-03-04518 JW (RS)
    DOUGLAS,                                           C-06-02064 JW
11                                             **ADMINISTRATIVE MOTION
                                               TO CONSIDER WHETHER
12              Plaintiffs and Defendant       CASES SHOULD BE RELATED
                on Counterclaim,               PURSUANT TO CIVIL L.R. 3-12**
13       v.

14  UNITED STATES OF AMERICA,                  Hon. James Ware
                                               Courtroom 8
15              Defendant and Plaintiff
                on Counterclaim.
16

17                                                C 08-03479 RMW

18  THIS DOCUMENT RELATES TO:

19  *Gustashaw v. Bayerische Hypo-und Vereinsbank
    AG, et al.,* Case No. C-08-3479 RMW

20

21

22

23        Pursuant to Civil Local Rule 3-12, Plaintiff William E. Gustashaw, Jr. respectfully

24  submits this administrative motion to consider whether a case filed in this District,

25  *Gustashaw v. Bayerische Hypo -und Vereinsbank AG, et al.,* Case No.  C-08-3479 RMW

26  (Filed July 18, 2008) should be related to two other cases filed in this District, *John C.*

27  *Rezner v. Bayerische Hypo- und Vereinsbank, AG*, Case No. C-06-02064 JW and *Neal M.*

28  *Douglas et ux. v. United States of America*, Case No. C-03-04518 JW.  Plaintiff submits

Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

that these three actions are related cases pursuant to Local Rule 3-12, which deems actions

to be "related" under circumstances where:

> **(1)** The actions concern substantially the same parties, property, transaction or event; and **(2)** It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both the *Douglas* and *Rezner* actions involve the same transaction or event as the

one in the *Gustashaw* action: the CARDS Facility tax shelter that was sold to each of the

taxpayers in each of these actions. Just as in the *Gustashaw* action, the *Rezner* action

involves causes of action for violations of 18 U.S.C. 1962, fraud, and unfair business

practices against Defendants Bayerische Hypo-Und Vereinsbank AG and HVB U.S.

Finance, Inc. (f/k/a HVB Structured Finance) (collectively, "HVB") arising out of HVB's

involvement in the promotion and sale of a CARDS Facility tax shelter to the plaintiff

taxpayer. HVB has admitted that its role in every CARDS Facility transaction in which it

participated was substantially similar. The *Douglas* action concerns the legitimacy of tax

benefits claimed from participation in the CARDS Facility tax shelter.

Assignment of the *Gustashaw* case to the same judge presiding in the *Rezner* and

*Douglas* matters will avoid the unduly burdensome duplication of labor and expense, as

well as the possibility of conflicting results, if the cases were conducted before different

judges. The *Gustashaw* action and the *Rezner* action will involve common questions of

fact and law concerning HVB's conduct in selling CARDS Facility shelters to taxpayers,

and all three actions will require the Court to determine if the underlying CARDS Facility

shelter was legitimate for income tax purposes. To do so, it will be necessary for the

Court and its staff to conduct substantial and exhaustive reviews and analysis of the

CARDS Facility documents. These will include virtually identical closing binders of

documents with thousands of pages of materials in each, with which the Court staffs and

experts will need to become familiar in order to understand the nature of the transactions.

The actions will also involve overlapping fact and expert discovery, overlapping

1  witnesses, as well as the same or similar legal issues, including discovery matters.  Some

2  of these can be eliminated or narrowed based upon the Court's rulings if all three cases are

3  before the same judge.

4         It will be inefficient and unduly time-consuming to have the staffs of two separate

5  judicial departments conducting the same work, when two of these actions have already

6  been assigned to the Honorable James Ware and deemed related cases for purposes of

7  Civil L.R. 3-12 on these same grounds.  Attached hereto as Exhibit A is a copy of the

8  Court's March 23, 2006 Order finding that the *Douglas* and *Rezner* cases are related cases

9  under Civil L.R. 3-12. On these grounds, Plaintiff respectfully submits that the *Gustashaw*

10  action should be assigned to the Honorable James Ware as a related case pursuant to Civil

11  L.R. 3-12 in the interests of consistency and judicial economy.

12

13  Dated:  July 21, 2008

14

15                          LUKENS LAW GROUP
                           WILLIAM M. LUKENS (State Bar No. 037196)
16                          JENNIFER L. JONAK (State Bar No. 191323)

17

18                          By:  _____/s/ Jennifer L. Jonak_____
                                Attorneys for Plaintiff William Gustashaw, Jr.
19                               and the Proposed Class

20

21  **IT IS SO ORDERED:**

22  The Court has determined that C-08-03479 RMW IS RELATED to C-03-4518 JW and
    C-06-02064 JW.  The Clerk shall make the appropriate case relationships.
23

24

25  Dated: July 28, 2008                    _____
                                           United States District Judge
26

27

28

---

EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 03-04518 JW**        **Douglas et al v. United States Of America**

I find that the above case is related to the case assigned to me. _____

**C 04-05357 JW**        **Jones v. Deutsche Bank AG, et al.**

I find that the above case is related to the case assigned to me. _____

**C 06-02064 RMW**        **Rezner v. Bayerische Hypo-Und Vereinsbank AG et al**

I find that the above case is related to the case assigned to me. _____

### ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: _March 23 2006_     _James Ware_
               Judge James Ware

Dated:_____     _____
               Judge James Ware

**PROOF OF SERVICE**

I, Christopher Gladwin, hereby declare:

My business address with the Lukens Law Group is One Maritime Plaza, Suite 1600, San Francisco, California, 94111 in the City and County of San Francisco.  I am over the age of eighteen years and I am not a party to the foregoing action.

On July 21, 2008, I served a copy of the following document on all parties in the matters of *Rezner v. Bayerische Hypo- und Vereinsbank, AG, et al.* Case No. C-06-02064 JW and *Douglas, et al. v. United States of America*, Case No. C-03-04518 JW:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

___ BY HAND DELIVERY by placing a true copy of all documents set forth above in a sealed envelope and causing same to be personally delivered on today's date to the persons indicated below.

___ BY REGULAR MAIL, placing a true copy of all documents set forth above in sealed envelopes with postage fully prepaid, addressed as stated below, and depositing same in the United States mail on today's date at San Francisco, California.

_X_ BY ELECTRONIC MAIL by transmitting or causing to be transmitted on today's date a true copy of all documents set forth above to the electronic mail addresses shown below.

___ BY FEDERAL EXPRESS for delivery on the next business day by depositing a true copy of all documents set forth above in a sealed envelope, addressed as shown below and with all fees prepaid in full, and depositing the same with Federal Express on today's date at San Francisco, California.

_X_ BY ECF NOTIFICATION by causing said document to be sent via electronic filing to the Court for distribution to the persons indicated below at the e-mail addresses provided to the Electronic Case Filing System pursuant to General Order No. 45.

1

2       Mark Hunter Churchill            Daniel E. Alberti
        Eric Stephen Johnson            McDermott, Will & Emery LLP
3       Christopher Kliefoth            3150 Porter Drive
        Amandeep Singh Sidhu            Palo Alto, CA 94304-1212
4       McDermott Will & Emery          (Via ECF Notification)
        600 13th Street, NW
5       Washington, DC 20005
        (Via ECF Notification)
6

7       William Carl Hankla             Jay Robert Weill
        Goud Maragani                   Cynthia Lewis Stier
8       Joseph A Sergi                  United States Attorney's Office
        United States Department of Justice   450 Golden Gate Avenue
9       Tax Division                    9th Floor
        P.O. Box 683                    Box 36055
10      Ben Franklin Station            San Francisco, CA 94102
        Washington, DC 20044            (Via ECF Notification)
11      (Via ECF Notification)

12
        Emily J. Kingston               Joseph H. Park
13      Sideman & Bancroft LLP              jpark@fulbright.com
        1 Embarcadero Center            Ryan McCoy
14      8th Floor                           rmccoy@fulbright.com
        San Francisco, CA 94111         Fulbright & Jaworski L.L.P.
15      (Via ECF Notification)          555 South Flower Street, 41st Floor
                                        Los Angeles, CA 90071
16                                      (Via Electronic Mail)

17      Kathryn Keneally
            kkeneally@fulbright.com
18      India DeCarmine
            idecarmine@fulbright.com
19      Fulbright & Jaworski L.L.P.
        666 Fifth Avenue
20      New York, NY 10103-3198
        (Via Electronic Mail)
21

22

23      I declare under penalty of perjury that the foregoing is true and correct, that I am

24  employed in the office of a member of the bar of this Court at whose direction the service

25  was made, and that this declaration was executed on July 21, 2008 at San Francisco,

26  California.

27                                              _____
                                                Christopher Gladwin
28
─────────────────────────────────────────────────────────────────