UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. GUSTASHAW JR., | No. C 08-03479 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |
| BAYERISCHE HYPO-UND VEREINSBANK, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to recent case reassignment a Case Management Conference has been set before Judge James Ware on **December 15, 2008 at 2008 in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **December 5, 2008.**

Dated: July 31, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy