IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| William E. Gustashaw, et al., | NO. C 08-03479 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HVB U.S. Finance, Inc., et al., | |
| Defendants. | |

This case was filed on July 18, 2008. (See Docket Item No. 1.) Under Fed. R. Civ. P. 4(m), Defendants should have been served by November 15, 2008. To date, the docket does not reflect whether Defendants have been served. In Plaintiff's Case Management Statement, Plaintiff represents that "all defendants have been served" and that two the corporate Defendants have waived service of process. (Docket Item No. 10.) However, the docket does not reflect Plaintiff's representations–no certificates of service have been returned, and no waivers of service of process have been filed.

Accordingly, the Court CONTINUES the Case Management Conference currently set for December 15, 2008 to **February 9, 2009 at 10 a.m.** On or before **January 30, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery. Plaintiff shall serve Defendants with this Order and file the appropriate certificate of service.

In addition, on or before **December 29, 2008**, Plaintiff shall file the necessary certificates and waivers of service of process.

Dated:  December 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jennifer Lee Jonak jenny@jonak.com
William M. Lukens wlukens@lukenslaw.com

**Dated:  December 10, 2008**                          **Richard W. Wieking, Clerk**

                                                                            **By:      /s/ JW Chambers**
                                                                                   **Elizabeth Garcia**
                                                                                   **Courtroom Deputy**

United States District Court
For the Northern District of California