LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge James Ware*
7/24/2009

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM E. GUSTASHAW, JR., on his own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB U.S. FINANCE, INC., a corporation; CHENERY ASSOCIATES, a general partnership; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; and DOES ONE THROUGH TEN, inclusive;<br><br>    Defendants. | Case No.  C 08-03479 JW<br><br>**VOLUNTARY DISMISSAL OF DEFENDANTS CHENERY ASSOCIATES AND SUSSEX FINANCIAL ENTERPRISES, INC. WITHOUT PREJUDICE**<br><br>Date:   N/A<br>Time:   N/A<br>Place:  Courtroom 8, Fifth Floor |

VOLUNTARY DISMISSAL OF CHENERY DEFENDANTS (Case No. C 08-03479 JW)

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby
2 voluntarily dismisses, without prejudice, the above-entitled action as to defendants
3 CHENERY ASSOCIATES and SUSSEX FINANCIAL ENTERPRISES, INC. only.

DATED: July 17, 2009

>    LUKENS LAW GROUP
>    WILLIAM M. LUKENS (State Bar No.: 037196)
>    JENNIFER L. JONAK (State Bar No.: 191323)
>
>    By: _____/s/ Jennifer L. Jonak_____
>         *Attorneys for Plaintiff*