1   LUKENS LAW GROUP
    WILLIAM M. LUKENS (SBN 037196)
2   JENNIFER L. JONAK (SBN 191323)
    One Maritime Plaza, Suite 1600
3   San Francisco, CA 94111
    Telephone: (415) 433-3000
4   Facsimile: (415) 781-1034

5   Attorneys for Plaintiff William Gustashaw

6   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    Mark P. Ressler (admitted *pro hac vice*)
7   Ronald R. Rossi (admitted *pro hac vice*)
    1633 Broadway
8   New York, NY 10019-6799
    Telephone: (212) 506-1700
9   Facsimile: (212) 506-1800

10  Attorneys for Defendants
    BAYERISCHE HYPO-UND VEREINSBANK AG
11  and HVB U.S. FINANCE, INC.

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

16  WILLIAM E. GUSTASHAW, JR. on his own          Case No. 08-3479 JW
    behalf and on behalf of all others similarly
17  situated,

18              Plaintiff,                        **JOINT STIPULATION AND
                                                  [PROPOSED] ORDER RE STAY
19          vs.                                   AND ALLOWING FOR
                                                  ALTERNATIVE DISPUTE
20  BAYERISCHE HYPO-UND VEREINSBANK              RESOLUTION**
    AG, a corporation; HVB U.S. FINANCE, INC. a
21  corporation; CHENERY ASSOCIATES, a general
    partnership; SUSSEX FINANCIAL
22  ENTERPRISES, INC., a California corporation;
    and does ONE THROUGH TEN, inclusive,
23
                Defendants.
24

25      Plaintiff William Gustashaw ("Gustashaw") and defendants Bayerische Hypo-und

26  Vereinsbank AG and HVB U.S. Finance, Inc., f/k/a HVB Structured Finance, Inc.

27  (collectively "HVB"), by and through their respective counsel of record, hereby stipulate

28  and agree as follows:

1    WHEREAS, the parties anticipate that discovery and motion practice in this case
2    will be extensive;

3    WHEREAS, the parties believe that the scope and nature of such discovery and
4    motion practice may be impacted, and certain issues may be resolved or narrowed, based
5    upon rulings in a related case, *Rezner v. HVB* (Case No. C 06-2064 JW), which also
6    involves a CARDS tax shelter;

7    WHEREAS, on June 26, 2009, HVB filed its notice of appeal in the *Rezner* case,
8    and, on July 6, 2009, the Ninth Circuit Court of Appeals issued its Time Schedule Order
9    in the *Rezner* case, setting forth a briefing schedule;

10   WHEREAS, the plaintiff in the above action, William Gustashaw, has a pending
11   tax court action concerning the CARDS tax shelter that is the subject of this case (*William*
12   *E. Gustashaw, Jr. and Nancy D. Gustashaw v. Commissioner of Internal Revenue*, Tax
13   Court Docket No. 19668-06);

14   WHEREAS, the outcome of the tax court action may further impact the scope and
15   nature of discovery in this case, and resolve or narrow certain issues;

16   WHEREAS, the parties anticipate that the tax court action will be resolved by the
17   time that the Ninth Circuit Court of Appeals rules on the *Rezner* appeal;

18   WHEREAS, the parties believe that it would be in the interests of judicial
19   economy and efficiency for the parties to enter into, and the Court to approve, a temporary
20   stay in this case pending the outcome of HVB's appeal to the Ninth Circuit Court of
21   Appeals in the *Rezner* case, during which the parties would undertake an effort at
22   alternative dispute resolution;

23   IT IS HEREBY STIPULATED, and the parties respectfully and in good faith
24   request, that the Court order as follows:

25   1.    All matters in this case will be stayed  for **90 days** to facilitate the parties'
26   mediation efforts with Hon. Layn Phillips (Ret.).

27

28

2.      On **October 26, 2009 at 10 a.m.,** the parties shall appear for a Status Conference. On or before **October 16, 2009**, the parties shall filed a Joint Status Report.  The Report shall, among other things, update the Court on the parties' mediation efforts and propose a new Case Schedule in light of the 90 day stay.

Dated:  July 16, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK


By: _Jennifer L. Jonak_ _by JLJ_
         Attorneys for Plaintiff


Dated: July 16, 2009

KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
MARK P. RESSLER
RONALD R. ROSSI


By: _____
         Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**


Dated:  July 30, 2009

_James Ware_
The Honorable James Ware
United States District Judge