United States District Court

For the Northern District of California

1

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                     SAN JOSE DIVISION

8   William E. Gustashaw, Jr.,                    NO. C 08-03479 JW

9              Plaintiff,              **ORDER CONTINUING STATUS
                                       CONFERENCE; EXTENDING STAY OF**
10      v.                            **LITIGATION**

    HVB U.S. Finance, Inc., et al.,
11

12             Defendants.
                                            /

13          This case is scheduled for a Status Conference on October 26, 2009.  The parties submitted a

14   Joint Status Report.  (Docket Item No. 57.)  In the Court's prior Order, the Court granted a 90 day

15   stay of litigation to facilitate the parties' mediation efforts.  (See Docket Item No. 56.)  In their

16   Report, the parties request a 45 day extension of the stay.  (Report at 2.)  Upon review of the parties'

17   Report, the Court finds good cause to grant a final continuance of the Status Conference and an

18   extension of the stay.

19          Accordingly, the Court continues the October 26, 2009 Status Conference to **December 7,**

20   **2009 at 10 a.m.** and extends the stay until that date.  On or before **November 30, 2009**, the parties

21   shall file a Joint Status Report.  The Joint Status Report shall include, among other things, an update

22   on the parties' mediation efforts and to the extent the parties fail to settle their disputes, a good faith

23   discovery plan with a proposed date for the close of all discovery.

24

25   Dated:  October 20, 2009

                                              JAMES WARE
26                                            United States District Judge

27

28

**United States District Court**

For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Jennifer Lee Jonak jenny@jonak.com
Mark P. Ressler mressler@kasowitz.com
3 Michelle Lee Landry mlandry@kasowitz.com
Ronald R. Rossi rrossi@kasowitz.com
4 Seth Benjamin Davis sdavis@kasowitz.com
William M. Goodman wgoodman@kasowitz.com
5 William M. Lukens wlukens@lukenslaw.com

6

7 **Dated:  October 20, 2009**                      **Richard W. Wieking, Clerk**

8

                                                      **By:    /s/ JW Chambers**
9                                                            **Elizabeth Garcia**
                                                             **Courtroom Deputy**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28