1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA 94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Plaintiff William Gustashaw

6  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   Mark P. Ressler
7  Ronald R. Rossi
   1633 Broadway
8  New York, NY  10019-6799
   Telephone: (212) 506-1700
9  Facsimile:  (212) 506-1800

10 Attorneys for Defendants
   BAYERISCHE HYPO-UND VEREINSBANK AG
11 and HVB U.S. FINANCE, INC.

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. GUSTASHAW, JR. on his own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB U.S. FINANCE, INC. a corporation; CHENERY ASSOCIATES, a general partnership; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; and does ONE THROUGH TEN, inclusive,<br><br>                    Defendants. | Case No. 08-3479 JW<br><br>**JOINT STATUS REPORT REGARDING COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION**<br><br>**ORDER VACATING ALL PRETRIAL AND TRIAL DATES; SETTING FURTHER STATUS CONFERENCE** |

JOINT STATUS REPORT (C 08-3479 JW)

By Order dated October 20, 2009, the Court extended the discovery stay in this case to enable the parties to complete their mediation efforts. The Court instructed the parties to file a Joint Status Report on the results of their mediation efforts on or before November 30, 2009. Plaintiff William Gustashaw ("Gustashaw") and defendants Bayerische Hypo-und Vereinsbank AG and HVB U.S. Finance, Inc., f/k/a HVB Structured Finance, Inc. (collectively "HVB"), by and through their respective counsel of record, hereby report that they have reached a final settlement. The parties anticipate completing certain obligations under the settlement (whose terms are confidential), including the finalization of documentation, on or before December 30, 2009. The parties respectfully request that the Court extend the stay on all proceedings in this case until December 30, 2009, by which date the parties anticipate that all settlement documentation will be completed and a dismissal will be filed.

Dated: November 30, 2009         LUKENS LAW GROUP
                                 WILLIAM M. LUKENS
                                 JENNIFER L. JONAK


                                 By:   /s/ Jennifer L. Jonak
                                         Attorneys for Plaintiff


Dated: November 30, 2009         KASOWITZ, BENSON,
                                 TORRES & FRIEDMAN LLP
                                 MARK P. RESSLER
                                 RONALD R. ROSSI


                                 By:   /s/ Mark P. Ressler
                                         Attorneys for Defendants

*** ORDER ***

In light of the parties' representation, the Court VACATES all pretrial and trial dates. On or before **January 15, 2010**, the parties shall file a Stipulated Dismissal pursuant to Federal Rule of Civil Procedure 41(a) or a Joint Status Report on their efforts to bring the case to a close. If no dismissal is on filed by January 15, 2010, the parties shall appear on **January 25, 2010 at 10 a.m.** for a Status Conference re: Settlement.

Dated: December 2, 2009          _____
                                 JAMES WARE
                                 United States District Judge