LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Plaintiff William Gustashaw

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Mark P. Ressler
Ronald R. Rossi
1633 Broadway
New York, NY 10019-6799
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Defendants
BAYERISCHE HYPO-UND VEREINSBANK AG
and HVB U.S. FINANCE, INC.

**IT IS SO ORDERED**
*Judge James Ware*
1/14/2010

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. GUSTASHAW, JR. on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB U.S. FINANCE, INC. a corporation; CHENERY ASSOCIATES, a general partnership; SUSSEX FINANCIAL ENTERPRISES, INC., a California corporation; and does ONE THROUGH TEN, inclusive,<br><br>Defendants. | Case No. 08-3479 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between all the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All parties agree to bear their own fees and costs.

Dated: January 12, 2010     LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By:     /s/ Jennifer L. Jonak
          Attorneys for Plaintiff

Dated: January 12, 2010     KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
MARK P. RESSLER
RONALD R. ROSSI

By:     /s/ Mark P. Ressler
          Attorneys for Defendants

IT IS SO ORDERED:

The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: January 14, 2010

_____
United States District Judge